HON. ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KAREN BECK, as Personal Representative of the Estate of TAWNY JOHNSON, deceased; and KAREN BECK, as Guardian Ad Litem for S. J. and S. H., minors;<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. C07-5136RJB<br><br>ORDER GRANTING STIPULATION FOR APPOINTMENT OF GUARDIAN AD LITEM<br>(SPR 98.16W) |

THIS MATTER having come on regularly for hearing upon the petition of the parties for an order appointing David H. Neupert, attorney at law, of Port Angeles, Washington, as guardian ad litem of S. J., a minor, and the court having considered the petition and the records and files herein and having found that the court has jurisdiction over the said minor, and finding that David H. Neupert is a fit and proper person to act as the guardian ad litem of said minor with

ORDER-1.

**MESSINA BULZOMI CHRISTENSEN, P.S.**
5316 Orchard Street West
Tacoma, WA 98467-3633
(253) 472-6000

1 | authority to review and approve on behalf of said minor the
2 | settlement of the above cause of action as set forth in said
3 | petition, and the court being now fully advised in the
4 | premises, it is hereby
5 |     ORDERED that David H. Neupert, attorney at law, be and he
6 | is hereby appointed as guardian ad litem of the minor, S. J.,
7 | with authority to review and approve the settlement on behalf
8 | of the said minor in the above cause of action.
9 |     DONE IN OPEN COURT this 28th day of February, 2008.

*[signature: Robert J Bryan]*

Robert J Bryan
United States District Judge

Presented by
MESSINA BULZOMI CHRISTENSEN

By /s/ James W. McCormick
   JAMES W. McCORMICK 32898
   Attorneys for Petitioner

By /s/ Thomas M. Woods (Telephonic Approval)
   THOMAS M. WOODS  32898
   Attorney for Defendant

ORDER-2.

**MESSINA BULZOMI CHRISTENSEN, P.S.**
5316 Orchard Street West
Tacoma, WA  98467-3633
(253) 472-6000

CERTIFICATE OF SERVICE

I, Vickie Lo Franco, certify that on this day I caused to be served by ABC Legal Messenger copies of the document to which this certificate is attached on counsel of record as follows:

    Thomas M. Woods, Esq.
    U.S. Attorney's Office
    700 Stewart St Ste 5220
    Seattle, WA  98101

I declare under penalty of perjury of the laws of the State of Washington that the foregoing is true and correct.

                                            /s/
                                _____
                                VICKIE LO FRANCO
                                Legal Assistant

Dated: 2/28/08
at Tacoma, Washington